[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-14202
Non-Argument Calendar
_____

D.C. Docket No. 6:15-cr-00006-RBD-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BILLIE JAY RUFRANO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 31, 2016)

Before HULL, WILSON and MARTIN, Circuit Judges.

PER CURIAM:

Meghan Ann Collins appointed counsel for Billie Rufrano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rufrano's convictions and sentences are **AFFIRMED**.